ERIC E. GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4801
  E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHELLE COWLING,

   Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-2109-JDP

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 4, 2026, up to and including March 6, 2026.  This is Defendant's first request for an extension.  Good cause exists for this extension.

Counsel is currently in the process of determining whether a settlement agreement is possible in this case.  Additional time is required for Defendant's undersigned counsel to confer with Defendant regarding the possibility of a settlement.  If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of March 6, 2026.

Stip. for Ext.; 2:25-CV-02109-JDP          1

Respectfully submitted,

Dated:  February 3, 2026                    /s/  *Jared Walker* *
                                            (*as authorized via e-mail on February 2, 2026)
                                            JARED WALKER
                                            Attorney for Plaintiff

Dated: February 3, 2026                     ERIC E. GRANT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Head of Program Litigation 1
                                            Law & Policy
                                            Social Security Administration

                                    By:     /s/  *David Priddy*
                                            DAVID PRIDDY
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant


### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 6, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.


Dated:    February 3, 2026           _____
                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-CV-02109-JDP                    2